Case 11-45434    Filed 02/15/12    Doc 34

2011-45434
FILED
February 15, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004066509

1  Nathan D. Borris, Esq.
   SBN 266090
2  21550 Foothill Blvd
3  Hayward, CA 94541
   (510) 581-7113
4  (510) 582-6729 Fax
5  nateborris@gmail.com

## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re:

STEPHEN PARRAS & LISA PARRAS,

Debtors

)  Case No.: 11-45434
)  Docket Control #NDB-1
)
)  **ORDER CONFIRMING PLAN AND**
)  **GRANTING MOTION TO VALUE**
)  **COLLATERAL**
)
)
)

The Chapter 13 plan of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, IT IS ORDERED that the plan is confirmed.

IT IS FURTHER ORDERED that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the court.

1

RECEIVED
February 14, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004066509

IT IS FURTHER ORDERED that the attorney's fees for the debtor's attorney in the full amount of $3,200.00 are approved, $1,600.00 of which was paid prior to the filing of the petition. The balance of $1,600.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

IT IS FURTHER ORDERED that Chase Home Finance's secured claim be treated as a Class 2 claim to be paid pursuant to a motion to value.

IT IS FURTHER ORDERED that the monthly dividend in section 5.02(c) of said plan regarding attorney's fees be fixed at fifty-five dollars ($55.00) per month.

IT IS FURTHER ORDERED that the motion to value the collateral of Chase Home Finance is granted. The replacement value of the collateral and the secured claim of such creditor is determined to be $0.00 and the deficiency shall be allowed as a general unsecured claim provided that a timely proof of claim is filed.

_____
Approved by the Chapter 13 Trustee as to form.

Dated:   February 15, 2012

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court

_____
United States Bankruptcy Judge

2